## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Barbara J. Switzer, | Civil No. 12-791 (RHK/LIB) |
| Plaintiff, | **ORDER** |
| vs. | |
| The Hartford Life & Accident Insurance Co., | |
| Defendant. | |

---

This matter is venued in the Fifth Division.

All proceedings before the undersigned (motions, trial, etc.) will be held in the United States Courthouse in Duluth, Minnesota, unless otherwise directed by the Court.

Dated: March 29, 2012

                                                                  s/Richard H. Kyle
                                                                  RICHARD H. KYLE
                                                                  United States District Judge